DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:15-CR-0234-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| v. | ) | |
| | ) | Current date:   April 18, 2017 |
| HUNG CAO NGUYEN, | ) | Proposed date: June 27, 2017 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COME NOW Plaintiff, United States of America, by and through its counsel of record, United States

Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant,

JOHN C. NGUYEN, by and through his counsel of record, DONALD M. RÉ, who do hereby stipulate as

follows:

1.  That the sentencing in this matter be continued from April 18, 2017 at 9:15 a.m. to June 27, 2017

at 9:15 a.m.

2. This continuance is requested based upon counsel's trial schedule to allow sufficient time to

conduct an interview with the Probation Office and to provide appropriate materials to the Probation

Department.

C:\wp\Hung Nguyen\Stipulation to Continue Sentencing

1    IT IS SO STIPULATED.                    Respectfully submitted,

2    Dated: February 2, 2017                 PHILLIP A. TALBERT
                                             United States Attorney
3

4

5                                            By:____/s/_____
6                                            JASON HITT
                                             Assistant United States Attorney
7                                            Attorney for Plaintiff
                                             United States of America
8

9
     Dated: February 2, 2017                 By:____/s/_____
10                                           DONALD M. RÉ
                                             Attorney for Defendant
11                                           JOHN C. NGUYEN

12

13

14

15                                           **ORDER**

16
            IT IS HEREBY ORDERED that:
17
            The sentencing in this matter is continued from April 18, 2017 at 9:15 a.m. to June 27, 2017 at 9:15
18
19   a.m.

20          **IT IS SO ORDERED.**

21

22   Dated: 2/2/2017                         /s/ John A. Mendez_____
                                             HONORABLE JOHN A. MENDEZ
23                                           UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

     C:\wp\Hung Nguyen\Stipulation to Continue Sentencing          2