DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:15-CR-0234-JAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING AND ORDER |
| v. ) | |
| ) | Current date:   June 27, 2017 |
| HUNG CAO NGUYEN, ) | Proposed date: August 22, 2017 |
| ) | |
| Defendant. ) | |
| _____) | |

    COME NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, HUNG CAO NGUYEN, by and through his counsel of record, DONALD M. RÉ, who do hereby stipulate as follows:

    1.  That the sentencing in this matter be continued from June 27, 2017 at 9:15 a.m. to August 22, 2017 at 9:15 a.m, in Courtroom 6.

    2. This continuance is requested because the undersigned counsel's trial schedule throughout the month of April does not permit sufficient time to arrange and conduct an appropriate interview with the United States Probation Office, and to provide relevant materials to that office.

3. United States Probation Officer Lynda Moore, has not objection to this setting.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: March 29, 2017                   PHILLIP A. TALBERT
                                        United States Attorney

                                        By:_____/s/_____
                                        JASON HITT
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        United States of America

Dated: March 29, 2017                   By:_____/s/_____
                                        DONALD M. RÉ
                                        Attorney for Defendant
                                        HUNG CAO NGUYEN

## **ORDER**

IT IS HEREBY ORDERED that:

The sentencing in this matter is continued from June 27, 2017 at 9:15 a.m. to August 22, 2017 at 9:15 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated: 3/29/2017                        /s/ John A. Mendez_____
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE