DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> HUNG CAO NGUYEN,             )<br>                              )<br>          Defendant.          )<br>_____) | CASE NO. 2:15-CR-0234-JAM<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>Current date:   August 22 2017<br>Proposed date: September 19, 2017 |

COME NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, HUNG CAO NGUYEN, by and through his counsel of record, DONALD M. RÉ, who do hereby stipulate as follows:

1. That the sentencing in this matter be continued from August 22, 2017 at 9:15 a.m. to September 19, 2017 at 9:15 a.m, in Courtroom 6.

2. This continuance is requested to permit United States Deputy Probation Officer Lynda Moore, (916) 913-4382, sufficient time to complete the presentence report in this matter.

3. United States Deputy Probation Officer Lynda Moore, has no objection to this setting.

IT IS SO STIPULATED.                Respectfully submitted,

Dated: March 29, 2017               PHILLIP A. TALBERT
                                    United States Attorney


                                    By:         /s/
                                    JASON HITT
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    United States of America

Dated: March 29, 2017               By:         /s/
                                    DONALD M. RÉ
                                    Attorney for Defendant
                                    HUNG CAO NGUYEN


**ORDER**

IT IS HEREBY ORDERED that:

The sentencing in this matter is continued from June 27, 2017 at 9:15 a.m. to August 22, 2017 at 9:15 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated: 6/27/2017                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

2