```
 1  DONALD M. RÉ, SBN 49079
    A Professional Law Corporation
 2  One Wilshire Building
    624 S. Grand Avenue, 22nd Floor
 3  Los Angeles, California 90017
    Telephone: (213) 623-4234
 4  Email: donaldmreplc@yahoo.com
 5
    Attorney for Defendant
 6  HUNG CAO NGUYEN
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:15-CR-0234-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| v. | ) | |
| HUNG CAO NGUYEN, | ) | Current date:   August 22 2017 |
|  | ) | Proposed date: September 19, 2017 |
| Defendant. | ) | |

COME NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, HUNG CAO NGUYEN, by and through his counsel of record, DONALD M. RÉ, who do hereby stipulate as follows:

1. That the sentencing in this matter be continued from August 22, 2017 at 9:15 a.m. to September 19, 2017 at 9:15 a.m, in Courtroom 6.

2. This continuance is requested to permit United States Deputy Probation Officer Lynda Moore, (916) 913-4382, sufficient time to complete the presentence report in this matter.

3. United States Deputy Probation Officer Lynda Moore, has no objection to this setting.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: March 29, 2017                   PHILLIP A. TALBERT
                                        United States Attorney


                                        By:_____/s/_____
                                        JASON HITT
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
                                        United States of America


Dated: March 29, 2017                   By:_____/s/_____
                                        DONALD M. RÉ
                                        Attorney for Defendant
                                        HUNG CAO NGUYEN


## **ORDER**

IT IS HEREBY ORDERED that:

The sentencing in this matter is continued from June 27, 2017 at 9:15 a.m. to August 22, 2017 at 9:15 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated:  6/27/2017                       /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE