DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>HUNG CAO NGUYEN,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　　　)<br>_____) | CASE NO. 2:15-CR-0234-JAM<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>Current date:   September 19, 2017<br>Proposed date: November 7, 2017 |

　　　COME NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, HUNG CAO NGUYEN, by and through his counsel of record, DONALD M. RÉ, who do hereby stipulate as follows:

　　　1.  That the sentencing in this matter be continued from September 19, 2017 at 9:15 a.m. to November 7, 2017 at 9:15 a.m, in Courtroom 6.

//

//

1  IT IS SO STIPULATED.             Respectfully submitted,

2  Dated: September 5, 2017          PHILLIP A. TALBERT
3                                    United States Attorney
4

5                                    By:_____/s/_____
                                     JASON HITT
6                                    Assistant United States Attorney
                                     Attorney for Plaintiff
7                                    United States of America

8

9  Dated: September 5, 2017          By:_____/s/_____
                                     DONALD M. RÉ
10                                   Attorney for Defendant
                                     HUNG CAO NGUYEN
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

IT IS HEREBY ORDERED that:

The sentencing in this matter is continued from September 17, 2017 at 9:15 a.m. to November 7, 2017 at 9:15 a.m. in Courtroom 6, with the following schedule:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | October 31, 2017<br>(1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later than: | October 24, 2017<br>(2 weeks before sentencing) |
| Presentence Report Shall be Filed no Later with the Court and Disclosed to Counsel no Later than: | October 17, 2017<br>(3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | October 10, 2017<br>(4 weeks before sentencing) |

**IT IS SO ORDERED.**

Dated:  9/5/2017                                  /s/ John A. Mendez_____
                                                              HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE