DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:15-CR-0234-JAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| ) | |
| v. ) | |
| ) | Current date: September 19, 2017 |
| HUNG CAO NGUYEN, ) | Proposed date: November 7, 2017 |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

COME NOW Plaintiff, United States of America, by and through its counsel of record, United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON HITT, and the defendant, HUNG CAO NGUYEN, by and through his counsel of record, DONALD M. RÉ, who do hereby stipulate as follows:

1. That the sentencing in this matter be continued from September 19, 2017 at 9:15 a.m. to November 7, 2017 at 9:15 a.m, in Courtroom 6.

//

//

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 5, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Dated: September 5, 2017

By: /s/
DONALD M. RÉ
Attorney for Defendant
HUNG CAO NGUYEN

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that: |
| 3 | The sentencing in this matter is continued from September 17, 2017 at 9:15 a.m. to |
| 4 | November 7, 2017 at 9:15 a.m. in Courtroom 6, with the following schedule: |

Reply, or Statement of Non-Opposition:   October 31, 2017
(1 week before sentencing)

Motion for Correction of the Presentence Report   October 24, 2017
Shall be Filed with the Court and Served on the   (2 weeks before sentencing)
Probation Officer and Opposing Counsel no Later than:

Presentence Report Shall be Filed no Later with the   October 17, 2017
Court and Disclosed to Counsel no Later than:   (3 weeks before sentencing)

Counsel's Written Objections to the Presentence   October 10, 2017
Shall be Delivered to the Probation Officer and   (4 weeks before sentencing)
Opposing Counsel no Later than:

**IT IS SO ORDERED.**

Dated: 9/5/2017                          /s/ John A. Mendez
                                         HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE