1  DONALD M. RÉ, SBN 49079
   A Professional Law Corporation
2  One Wilshire Building
   624 S. Grand Avenue, 22nd Floor
3  Los Angeles, California 90017
   Telephone: (213) 623-4234
4  Email: donaldmreplc@yahoo.com

5
   Attorney for Defendant
6  HUNG CAO NGUYEN

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 2:15-CR-0234-JAM |
   |---|---|---|
12 | Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
   | | ) | |
13 | v. | ) | |
   | | ) | Current date:  November 7, 2017 |
14 | HUNG CAO NGUYEN, | ) | Proposed date: January 16, 2018 |
   | | ) | |
15 | Defendant. | ) | |
16 | | ) | |
   | _____ | ) | |

17

18     COME NOW Plaintiff, United States of America, by and through its counsel of record,

19 United States Attorney, PHILLIP A. TALBERT, and Assistant United States Attorney, JASON

20 HITT, and the defendant, HUNG CAO NGUYEN, by and through his counsel of record,

21 DONALD M. RÉ, who do hereby stipulate as follows:

22     1. That the sentencing in this matter be continued from November 7 2017 at 9:15 a.m. to

23 January 16, 2018 at 9:15 a.m, in Courtroom 6.

24     This request is made in part to allow the defendant to pursue relief under the Safety Valve

25 Provision of the U.S. Sentencing Guidelines, Sections 5C1.2 and 2D1.1.

26

27

28

IT IS SO STIPULATED.                Respectfully submitted,

Dated: October 27, 2017             PHILLIP A. TALBERT
                                    United States Attorney


                                    By:       /s/
                                    JASON HITT
                                    Assistant United States Attorney
                                    Attorney for Plaintiff
                                    United States of America

Dated: October 27, 2017             By:       /s/
                                    DONALD M. RÉ
                                    Attorney for Defendant
                                    HUNG CAO NGUYEN

# **ORDER**

IT IS HEREBY ORDERED that:

The sentencing in this matter is continued from November 7, 2017 at 9:15 a.m. to January 16, 2018 at 9:15 a.m. in Courtroom 6, with the following schedule:

| | |
|---|---|
| Motion for Correction of the Presentence Report: | January 2, 2018 |
| Reply, or Statement of Non-Opposition to Motion for Correction: | January 9, 2018 |
| Defendant's Position Re Sentencing Factors: | January 9, 2018 |

**IT IS SO ORDERED.**

DATED: 10/27/2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE