DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0234-JAM |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| HUNG CAO NGUYEN, | |
| Defendant. | |

IT IS HEREBY ORDERED that:

The sentencing in this matter is continued from January 16, 2018 at 9:15 a.m. to March 13, 2018 at 9:15 a.m. in Courtroom 6, with the following schedule:

Motion for Correction of the Presentence Report: February 27, 2018

Reply, or Statement of Non-Opposition to Motion for Correction: March 6, 2018

Defendant's Position Re Sentencing Factors: March 6, 2018

**IT IS SO ORDERED.**

DATED: 12/13/17  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE